FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA | PROOF OF CLAIM |

**Name of Debtor:** DENNIS A. RHODES
**Case Number:** 08-20043 REF

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CER

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
BANKRUPTCY DEPARTMENT
COUNTRYWIDE HOME LOANS, INC.
7105 CORPORATE DRIVE
PLANO, TX 75024
Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** xxxx6237

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:** 04/14/2005

**3. If court judgment, date obtained:** 11/01/2007

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☒ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 9,875.23

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ 41,683.45 _____ 41,683.45
(unsecured)    (secured)    (priority)    (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**Date:** 01/28/2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ JAY B. JONES, ESQUIRE
Phelan Hallinan & Schmieg, LLP, JAY B. JONES, ESQUIRE
1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814. 215-563-7000

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT A

**DEBTOR: DENNIS A. RHODES**  
**CREDITOR: BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SER**

**CASE NO.: 08-20043 REF**  
**FILING DATE: 01/10/08**

### STATEMENT OF AMOUNT DUE

#### I. PREPETITION ARREARS

| | |
|---|---:|
| Monthly Payments    05/2007 - 01/2008, 9 months @ $322.95 | $2,906.55 |
| Escrow Shortage | $2,364.78 |
| Delinquent Tax Letter | $75.00 |
| Filing of Complaint | $127.95 |
| Foreclosure Fees | $1,250.00 |
| Judgment / Writ of Execution | $48.65 |
| Mandatory Pleadings' Filing | $60.00 |
| Motion to Reassess Damages (filing cost) | $28.45 |
| Petition to Amend Judgment | $425.00 |
| Property Search / Divorce Check | $75.00 |
| Record Owner Lien Certificate / Title Report | $325.00 |
| Service of Complaint | $125.00 |
| Sheriff's Deposit | $2,000.00 |
| Soldier's and Sailor's Civil Relief Act Search | $5.00 |
| Title Bringdown | $125.00 |
| Service Refund | $-66.15 |
| **TOTAL PREPETITION ARREARS** | **$9,875.23** |

#### II. TOTAL INDEBTEDNESS

| | |
|---|---:|
| Principal Balance | $31,825.92 |
| Interest | $2,888.85 |
| Escrow Advance | $2,364.78 |
| Delinquent Tax Letter | $75.00 |
| Filing of Complaint | $127.95 |
| Foreclosure Fees | $1,250.00 |
| Judgment / Writ of Execution | $48.65 |
| Mandatory Pleadings' Filing | $60.00 |
| Motion to Reassess Damages (filing cost) | $28.45 |
| Petition to Amend Judgment | $425.00 |
| Property Search / Divorce Check | $75.00 |
| Record Owner Lien Certificate / Title Report | $325.00 |
| Service of Complaint | $125.00 |
| Sheriff's Deposit | $2,000.00 |
| Soldier's and Sailor's Civil Relief Act Search | $5.00 |
| Title Bringdown | $125.00 |
| Service Refund | $-66.15 |
| **TOTAL INDEBTEDNESS** | **$41,683.45** |

A Security Interest is held for this claim.

Mortgage on Premises (see copy attached):
1748 COTTON STREET, READING, PA 19606

Per Diem Interest: $10.14

****Debtor is responsible for the payment of all taxes and insurance****

****Will Amend Proof of Claim upon receipt of most recent Sheriff's Refund, which is unavailable at the present time****

****The current post petition monthly mortgage payment is $515.44, effective with the March 1, 2008 payment. ****

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE     CHAPTER 13
    DENNIS A. RHODES     CASE NO. 08-20043 REF
    Debtor(s)

JAY B. JONES, ESQUIRE CERTIFIES THAT A TRUE AND CORRECT COPY OF THE ATTACHED PROOF OF CLAIM WAS SERVED UPON THE FOLLOWING PERSON(S):

MICHAEL D. HESS, ESQUIRE
951 ROHRERSTOWN ROAD
SUITE 102
LANCASTER, PA 17601

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

January 28, 2008            /s/ JAY B. JONES, ESQUIRE

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GERALD A. BENDER AKA GERALD A. BENDER, SR. | Case Number: 08-21193 REF |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
WACHOVIA BANK, N.A., AS TRUSTEE, POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
BANKRUPTCY DEPARTMENT
AMERICA'S SERVICING COMPANY
ONE HOME CAMPUS MAX X2302-04C
DES MOINES, IA 50328
Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: xxxxxx1485

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date) (date)

2. Date debt was incurred: 09/14/2004
3. If court judgment, date obtained: 03/26/2008

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☑ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 23,212.93

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $_____ 92,258.48 _____ _____ 92,258.48
   (unsecured) (secured) (priority) (Total)

   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 07/02/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ JAY B. JONES, ESQUIRE Phelan Hallinan & Schmieg, LLP, JAY B. JONES, ESQUIRE 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814, 215-563-7000 |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT B

**DEBTOR: GERALD A. BENDER**  
**CREDITOR: WACHOVIA BANK, N.A., AS TRUSTEE. POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004. ASSET**

**CASE NO.: 08-21193 REF**  
**FILING DATE: 06/04/08**

## STATEMENT OF AMOUNT DUE

### I. PREPETITION ARREARS

| | | |
|---|---|---:|
| Monthly Payments | 05/2008 - 06/2008, 2 months @ $1,031.10 | $2,062.20 |
| | 03/2007 - 04/2007, 2 months @ $1,057.13 | $2,114.26 |
| | 05/2007 - 04/2008, 12 months @ $1,083.63 | $13,003.56 |
| BPO FEES | | $220.51 |
| PROPERTY PRESERVATION | | $240.00 |
| DUE DILIGENT INQUIRY | | $110.00 |
| FREEDOM OF INFORMATION ACT LETTERS | | $10.00 |
| RECORD OWNER LIEN CERTIFICATE | | $325.00 |
| PROPERTY SEARCH | | $75.00 |
| SERVICE OF COMPLAINT | | $130.00 |
| FILING OF COMPLAINT | | $127.95 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | | $5.00 |
| MANDATORY PLEADINGS FILING | | $180.00 |
| JUDGMENT/WRIT OF EXECUTION | | $77.10 |
| SERVICE | | $97.50 |
| SHERIFF'S DEPOSIT | | $2,000.00 |
| TITLE BRINGDOWN | | $125.00 |
| REVISED WRIT SEARCH | | $35.00 |
| FORECLOSURE FEES | | $1,125.00 |
| AMENDED COMPLAINT | | $200.00 |
| PREPARATION OF MOTION FOR SUMMARY JUDGMENT | | $575.00 |
| PETITION TO AMEND JUDGMENT | | $425.00 |
| SERVICE REFUND | | $-50.15 |
| **TOTAL PREPETITION ARREARS** | | **$23,212.93** |

### II. TOTAL INDEBTEDNESS

| | |
|---|---:|
| Principal Balance | $72,283.09 |
| Interest | $10,466.69 |
| ESCROW DEFICIT | $3,475.79 |
| BPO FEES | $220.51 |
| PROPERTY PRESERVATION | $240.00 |
| DUE DILIGENT INQUIRY | $110.00 |
| FREEDOM OF INFORMATION ACT LETTERS | $10.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| PROPERTY SEARCH | $75.00 |
| SERVICE OF COMPLAINT | $130.00 |
| FILING OF COMPLAINT | $127.95 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |
| MANDATORY PLEADINGS FILING | $180.00 |

| | |
|---|---:|
| JUDGMENT/WRIT OF EXECUTION | $77.10 |
| SERVICE | $97.50 |
| SHERIFF'S DEPOSIT | $2,000.00 |
| TITLE BRINGDOWN | $125.00 |
| REVISED WRIT SEARCH | $35.00 |
| FORECLOSURE FEES | $1,125.00 |
| AMENDED COMPLAINT | $200.00 |
| PREPARATION OF MOTION FOR SUMMARY JUDGMENT | $575.00 |
| PETITION TO AMEND JUDGMENT | $425.00 |
| SERVICE REFUND | $-50.15 |
| TOTAL INDEBTEDNESS | $92,258.48 |

A Security Interest is held for this claim.
Mortgage on Premises (see copy attached):
1022 LANCASTER AVENUE, READING, PA 19607

Per Diem Interest: $21.53

****The debtors remain ultimately responsible for the payment of taxes and insurance. Nothing herein shall be construed as the creation or discontinuance of the account. The treatment of tax and insurance payment obligations will not change as a result of the bankruptcy filing****

****Most recent Sheriff's Refund is unavailable at the present time****

****Effective July 2008, the post-petition monthly payment amount is $891.61.****

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE                                          CHAPTER 13
    GERALD A. BENDER             CASE NO. 08-21193 REF
    Debtor(s)

JAY B. JONES, Esquire certifies that a true and correct copy of the attached Proof of Claim was served upon the following person(s):

MICHAEL D. HESS, ESQUIRE
951 ROHRERSTOWN ROAD
SUITE 102
LANCASTER, PA 17601

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVE
P.O. BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

July 2, 2008

                                         /s/ JAY B. JONES, ESQUIRE

FORM B 10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT **EASTERN** DISTRICT OF **PENNSYLVANIA** | PROOF OF CLAIM |
|---|---|

| Name of Debtor: <br> EDWARD H. WOLFERD, JR | Case Number: <br> 05-24427 TMT |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO HOME MORTGAGE, INC.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
BANKRUPTCY DEPARTMENT
WELLS FARGO HOME MORTGAGE, INC.
ONE HOME CAMPUS MAC X2501-01F
DES MOINES, IA 50328

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
xxx0961

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

**2. Date debt was incurred:** 03/29/2001

**3. If court judgment, date obtained:** 02/17/2005

**4. Total Amount of Claim at Time Case Filed:** $ 129,900.09

If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below.
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 13,465.15

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date <br> 09/06/2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> /s/ JAY B. JONES, ESQUIRE <br> Phelan Hallinan & Schmieg, LLP, JAY B. JONES, ESQUIRE <br> 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814, 215-563-7000 |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT C

**DEBTOR: EDWARD H. WOLFERD, JR**
**CREDITOR: WELLS FARGO BANK, N.A.,**
**S/B/M TO WELLS FARGO HOME**
**MORTGAGE, INC.**

**CASE NO.: 05-24427 TMT**
**FILING DATE: 08/01/05**

## STATEMENT OF AMOUNT DUE

### I. PREPETITION ARREARS

| | |
|---|---:|
| Monthly Payments   12/2004 - 08/2005, 9 months @ $1,069.34 | $9,624.06 |
| PROPERTY PRESERVATION | $90.00 |
| TITLE BRINGDOWN | $75.00 |
| FORECLOSURE FEES | $400.00 |
| FILING OF COMPLAINT | $101.75 |
| SERVICE OF COMPLAINT | $170.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |
| JUDGMENT/WRIT OF EXECUTION | $41.50 |
| NOTICE OF SALE | $125.00 |
| SHERIFF'S DEPOSIT (1) | $2,500.00 |
| TAX CERTIFICATION/MUNICIPAL LIEN CERTIFICATE | $100.00 |
| SERVICE REFUND (1) | $-92.16 |
| **TOTAL PREPETITION ARREARS** | **$13,465.15** |

### II. TOTAL INDEBTEDNESS

| | |
|---|---:|
| Principal Balance | $118,860.10 |
| Interest | $6,111.93 |
| ESCROW DEFICIT | $86.97 |
| PROPERTY PRESERVATION | $90.00 |
| TITLE BRINGDOWN | $75.00 |
| FORECLOSURE FEES | $400.00 |
| FILING OF COMPLAINT | $101.75 |
| SERVICE OF COMPLAINT | $170.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |
| JUDGMENT/WRIT OF EXECUTION | $41.50 |
| NOTICE OF SALE | $125.00 |
| SHERIFF'S DEPOSIT (1) | $2,500.00 |
| TAX CERTIFICATION/MUNICIPAL LIEN CERTIFICATE | $100.00 |
| SERVICE REFUND (1) | $-92.16 |
| **TOTAL INDEBTEDNESS** | **$128,900.09** |

A Security Interest is held for this claim.
Mortgage on Premises (see copy attached):
1428 RIVER HILL ROAD, PEQUEA, PA 17565

Per Diem Interest: $22.40

****Debtor is responsible for the payment of all taxes and insurance****

****Will Amend Proof of Claim upon receipt of most recent Sheriff's Refund, which is
****unavailable at the present time****

FORM B 10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT **EASTERN** DISTRICT OF **PENNSYLVANIA** | PROOF OF CLAIM |
|---|---|

Name of Debtor: EDWARD H. WOLFERD, JR
Case Number: 05-24427 TMT

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO HOME MORTGAGE, INC.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
BANKRUPTCY DEPARTMENT
WELLS FARGO HOME MORTGAGE, INC.
ONE HOME CAMPUS MAC X2501-01F
DES MOINES, IA 50328

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: xxx0961

Check here if this claim ☐ replaces ☑ amends a previously filed claim, dated: 09/06/2005

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 03/29/2001

**3. If court judgment, date obtained:** 02/17/2005

**4. Total Amount of Claim at Time Case Filed:** $ 128,050.25
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate   ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 12,615.31

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 11/21/2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ JAY B. JONES, ESQUIRE
Phelan Hallinan & Schmieg, LLP, JAY B. JONES, ESQUIRE
1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814, 215-563-7000

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT D

**DEBTOR: EDWARD H. WOLFERD, JR**  
**CREDITOR: WELLS FARGO BANK, N.A.,**  
**S/B/M TO WELLS FARGO HOME**  
**MORTGAGE, INC.**

**CASE NO.: 05-24427 TMT**  
**FILING DATE: 08/01/05**

### STATEMENT OF AMOUNT DUE

**I. PREPETITION ARREARS**

| | |
|---|---|
| Monthly Payments    12/2004 - 08/2005, 9 months @ $1,069.34 | $9,624.06 |
| PROPERTY PRESERVATION | $90.00 |
| TITLE BRINGDOWN | $75.00 |
| FORECLOSURE FEES | $400.00 |
| FILING OF COMPLAINT | $101.75 |
| SERVICE OF COMPLAINT | $170.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |
| JUDGMENT/WRIT OF EXECUTION | $41.50 |
| NOTICE OF SALE | $125.00 |
| SHERIFF'S DEPOSIT (1) | $2,500.00 |
| TAX CERTIFICATION/MUNICIPAL LIEN CERTIFICATE | $100.00 |
| SERVICE REFUND (1) | $-92.16 |
| SHERIFF'S REFUND (1) | $-849.84 |
| **TOTAL PREPETITION ARREARS** | **$12,615.31** |

**II. TOTAL INDEBTEDNESS**

| | |
|---|---|
| Principal Balance | $118,860.10 |
| Interest | $6,111.93 |
| ESCROW DEFICIT | $86.97 |
| PROPERTY PRESERVATION | $90.00 |
| TITLE BRINGDOWN | $75.00 |
| FORECLOSURE FEES | $400.00 |
| FILING OF COMPLAINT | $101.75 |
| SERVICE OF COMPLAINT | $170.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| SOLDIERS AND SAILORS CIVIL RELIEF ACT SEARCH | $5.00 |
| JUDGMENT/WRIT OF EXECUTION | $41.50 |
| NOTICE OF SALE | $125.00 |
| SHERIFF'S DEPOSIT (1) | $2,500.00 |
| TAX CERTIFICATION/MUNICIPAL LIEN CERTIFICATE | $100.00 |
| SERVICE REFUND (1) | $-92.16 |
| SHERIFF'S REFUND (1) | $-849.84 |
| **TOTAL INDEBTEDNESS** | **$128,050.25** |

A Security Interest is held for this claim.  
Mortgage on Premises (see copy attached):  
1428 RIVER HILL ROAD, PEQUEA, PA 17565

Per Diem Interest: $22.40

****Debtor is responsible for the payment of all taxes and insurance****

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE
    EDWARD H. WOLFERD, JR
    Debtor(s)

CHAPTER 13
CASE NO. 05-24427 TMT

JAY B. JONES, Esquire certifies that a true and correct copy of the attached Proof of Claim was served upon the following person(s):

MICHAEL D. HESS, ESQUIRE
BURKE & HESS
951 ROHRERSTOWN ROAD, STE 102
LANCASTER, PA 17601

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE
P.O BOX 4010
READING, PA 19606

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

November 21, 2005

/s/ JAY B. JONES, ESQUIRE