# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS A. RHODES, GERALD A. BENDER and EDWARD H. WOLFERD, JR., individually and on behalf of all others similarly situated, | Civil Action No. 09-cv-01302-CDJ |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| ROSEMARY DIAMOND, FRANCIS S. HALLINAN, DANIEL G. SCHMIEG, LAWRENCE T. PHELAN, JUDITH T. ROMANO, FRANCIS FEDERMAN, THOMAS M. FEDERMAN, PHELAN HALLINAN & SCHMIEG, LLP, and FEDERMAN & PHELAN, LLP, | |
| Defendants. | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiffs respectfully move to file their Amended Complaint – Class Action in the form attached hereto as Exhibit 1. In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law.

Dated: January 15, 2010                                    Respectfully submitted,

**BURKE HESS & NARKIN**

By: *John G. Narkin*_____
John G. Narkin
3000 Atrium Way, Suite 234
Mount Laurel, New Jersey 08054
Telephone: (856) 222-2913
Facsimile: (856) 222-2912

**-and-**

**BURKE & HESS**

By: *Michael D. Hess*
Michael D. Hess
951 Rohrerstown Road, Suite 102
Lancaster, Pennsylvania 17601
Telephone: (717) 391-2911
Facsimile: (717) 391-5808

*Attorneys for Plaintiffs and the Proposed Classes*