# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS A. RHODES, | : | |
| GERALD A. BENDER and | : | |
| EDWARD H. WOLFERD, JR., | : | |
| individually and on behalf of all | : | |
| others similarly situated, | : | Civil Action No. 09-cv-01302-CDJ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| ROSEMARY DIAMOND, FRANCIS S. | : | |
| HALLINAN, DANIEL G. SCHMIEG, | : | |
| LAWRENCE T. PHELAN, JUDITH T. | : | |
| ROMANO, FRANCIS FEDERMAN, | : | |
| THOMAS M. FEDERMAN, | : | |
| PHELAN HALLINAN & SCHMIEG, LLP, | : | |
| and FEDERMAN & PHELAN, LLP, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

And Now this day of       , 2010 upon consideration of Plaintiffs' Motion Plaintiffs For Leave To File An Amended Complaint, the arguments in support thereof and in opposition thereto, it is hereby ordered and decreed:

    A. Plaintiff's motion is granted;

    B. Plaintiffs are hereby granted leave to file and serve their Amended Complaint.

 

_____
C. Darnell Jones II, U.S.D.J.