**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on this 15th day of January 2010, a true and correct copy of Plaintiffs' Motion for Leave to File Amended Complaint and memorandum in support thereof were served upon all counsel of record via the Court's ECF system.

/s/ Michael D. Hess