# EXHIBIT "E"

# BURKE HESS & NARKIN
### ATTORNEYS AT LAW

John G. Narkin

3000 Atrium Way, Suite 234
Mt. Laurel, New Jersey 08054

Tel: 856.222.2913   Fax: 856.222.2912
www.bhn-law.com
jnarkin@bhn-law.com

PENNSYLVANIA OFFICES:

951 Rohrerstown Road Suite 102
Lancaster, Pennsylvania 17601
Tel: 717.391.2911
Fax: 717.391.5808

420 Park Road North
Reading, Pennsylvania 19610
Tel: 610.288.1554
Fax: 610.288.1557

VIA E-MAIL

January 21, 2010

Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958

Re: *Rhodes et al. v. Diamond*, et al., No. 5:09-cv-01302-CDJ (E.D.Pa)

Dear Mr. Malloy:

In the event that it has not already been brought to your attention, enclosed is a copy of plaintiffs' proposed amended class action complaint in the above matter. More specifically, you should be aware of the allegations set forth at paragraphs 135 and n. 138; 146-147; 156; 175f and n. 179, 182; and 191(h) of the proposed complaint.

Having grown up in New Jersey and having attended law school here, I respect your firm's accomplishments and outstanding reputation in the legal community of our state. That said, your firm's representation on behalf of Phelan Hallinan & Schmieg, LLC and Phelan Hallinan & Schmieg, PC dishonors its history and mocks the "commitment to make a difference" highlighted on its web site.

As stated at paragraph 175f and n. 182 of the proposed complaint, we do intend to file a motion to disqualify Daniel S. Bernheim III, Jonathan J. Bart and your firm from further participation in this litigation. To avoid the unpleasantness and expense of litigating such motion, we ask you to voluntarily withdraw from representation of Phelan Hallinan & Schmieg and its partners in this action. Please let me know how you would like to proceed at your earliest convenience.

Brian J. Malloy, Esquire
January 21, 2010
Page Two

        Your serious consideration of this matter would be appreciated.

        Very truly yours,

        John G. Narkin

cc: Daniel S. Bernheim, III
    Jonathan J. Bart
    Michael D. Hess