IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS A. RHODES,** | : | |
| **GERALD A. BENDER** and | : | |
| **EDWARD H. WOLFERD, JR.,** | : | |
| individually and on behalf of all | : | |
| others similarly situated, | : | Civil Action No. 09-cv-01302-CDJ |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| **ROSEMARY DIAMOND, FRANCIS S.** | : | |
| **HALLINAN, DANIEL G. SCHMIEG,** | : | |
| **LAWRENCE T. PHELAN, JUDITH T.** | : | |
| **ROMANO, FRANCIS FEDERMAN,** | : | |
| **THOMAS M. FEDERMAN,** | : | |
| **PHELAN HALLINAN & SCHMIEG, LLP,** | : | |
| and **FEDERMAN & PHELAN, LLP,** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF
IN FURTHER SUPPORT OF THEIR MOTION
<u>FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

Plaintiffs, by their undersigned attorneys, file this motion for leave to file a reply brief in further support of their Motion to File Amended Complaint in the above matter. A copy of the proposed reply brief is attached here at Exhibit 1.

In their memorandum in opposition to this motion, Phelan, Hallinan & Schmieg, LLP and its individual attorneys have, *inter alia*, (1) mischaracterized the allegations in Plaintiff's Proposed Amended Class Action Complaint ("PAC"); (2) provided the Court with uninformed and erroneous speculation about the motivation of Plaintiffs' counsel in requesting leave of the Court to file the PAC; and (3) misapplied the law governing the allegations in the original Complaint as well as the PAC.

2

The proposed reply memorandum is needed to correct a litigation record that has been distorted beyond recognition.

Dated: February 7, 2010	Respectfully submitted,

**BURKE HESS & NARKIN**

By: ___JGN5884_____
John G. Narkin
3000 Atrium Way, Suite 234
Mount Laurel, New Jersey 08054
Telephone: (856) 222-2913
Facsimile: (856) 222-2912

-and-

**BURKE & HESS**

By: _/s/ *Michael D. Hess*____
Michael D. Hess
951 Rohrerstown Road, Suite 102
Lancaster, Pennsylvania 17601
Telephone: (717) 391-2911
Facsimile: (717) 391-5808

*Attorneys for Plaintiffs and the Proposed Classes*