# EXHIBIT A

WACHOVIA BANK, N.A. Plaintiff(s)

vs.

GILES _____ Defendant(s)

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION
GENERAL EQUITY / PROBATE
OCEAN COUNTY

DOCKET NO.   OCN-C-_____
              OCN-F- 4671-07
              OCN-P-_____

ORDER

**FILED**
JAN 18 2008
CHAMBERS OF
FRANK A. BUCZYNSKI, JR., P.J. Ch
SUPERIOR COURT OCEAN COUNTY

THIS MATTER, having been brought before the Court, and the Court having ascertained that the following determinations are warranted and appropriate,

IT IS, on this 18th day of January, 2008

ORDERED as follows:

- PLAINTIFF'S MOTION TO RESCIND INCORRECT ASSIGNMENT AND TO AMEND ALL PLEADINGS IS GRANTED.
- DEFENDANTS' MOTION TO DISMISS IS DENIED AND DEFENDANT'S MOTION TO STAY JANUARY 22, 2008 SHERIFF'S SALE IS DENIED AS MOOT.
- DEFENDANTS' RIGHTS AS TO ALL AFFIRMATIVE CLAIMS ARE HEREBY PRESERVED.
- PLAINTIFF'S FORECLOSURE ACTION IS HEREBY VOLUNTARILY DISMISSED.

THE UNDERSIGNED HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER.

PAGE 1 OF 1

_[signature]_ Attorney for Deft.
COUNSEL OR PRO SE SIGNATURE

_[signature]_ FOR PLAINTIFF
COUNSEL OR PRO SE SIGNATURE

_[signature]_ FRANK A. BUCZYNSKI JR. P.J. Ch
COUNSEL OR PRO SE SIGNATURE

COUNSEL OR PRO SE SIGNATURE