# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS A. RHODES,** | : | |
| **GERALD A. BENDER and** | : | |
| **EDWARD H. WOLFERD, JR.,** | : | |
| **individually and on behalf of all** | : | |
| **others similarly situated,** | : | **Civil Action No. 09-cv-01302-CDJ** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **ROSEMARY DIAMOND, FRANCIS S.** | : | |
| **HALLINAN, DANIEL G. SCHMIEG,** | : | |
| **LAWRENCE T. PHELAN, JUDITH T.** | : | |
| **ROMANO, FRANCIS FEDERMAN,** | : | |
| **THOMAS M. FEDERMAN,** | : | |
| **PHELAN HALLINAN & SCHMIEG, LLP,** | : | |
| **and FEDERMAN & PHELAN, LLP,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW** this day of        , 2010, upon consideration of Plaintiffs' Motion Plaintiffs For Leave To File Reply Brief in Further Support of Their Motion for Leave to File Amended Complaint, it is hereby ordered and decreed that the motion is **GRANTED**.

_____

C. Darnell Jones II, U.S.D.J.