## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of January 2010, a true and correct copy of Plaintiffs' Motion for Leave to File Reply Brief in Further Support of Their Motion for Leave to File Amended Complaint were served upon all counsel of record via the Court's ECF system.

/s/ John G. Narkin