IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS A. RHODES,** : | |
| **GERALD A. BENDER and** : | |
| **EDWARD H. WOLFERD, JR.,** : | |
| individually and on behalf of all : | |
| others similarly situated, : | Civil Action No. 09-cv-01302-CDJ |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| **ROSEMARY DIAMOND, FRANCIS S.** : | |
| **HALLINAN, DANIEL G. SCHMIEG,** : | |
| **LAWRENCE T. PHELAN, JUDITH T.** : | |
| **ROMANO, FRANCIS FEDERMAN,** : | |
| **THOMAS M. FEDERMAN,** : | |
| **PHELAN HALLINAN & SCHMIEG, LLP,** : | |
| and **FEDERMAN & PHELAN, LLP,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF REVELANT AUTHORITY

Plaintiffs respectfully provide notice of recent authority issued by the United States Bankruptcy Court for the Middle District of Pennsylvania in *In re Hannon*, Bankr. No. 5-06-bk-51870 (dated and filed December 18, 2009, reported in March 19, 2010 edition of *The Legal Intelligencer*). The decision in *In re Hannon* addresses issues that are relevant to plaintiffs' opposition to defendants' pending motion to dismiss the initial complaint in this action, as well as plaintiffs' pending motion for leave to file an amended complaint. Copies of the Order and Opinion of the Court in *In re Hannon* are attached here at Exhibits A and B, respectively. The Opinion is also reported at 421 B.R. 728 (Bankr. M.D.Pa.).

Dated: March 22, 2010　　　　　　　　　　　Respectfully submitted,

**BURKE HESS & NARKIN**

By:     JGN5884
　　　John G. Narkin
　　　3000 Atrium Way, Suite 234
　　　Mount Laurel, New Jersey 08054
　　　Telephone: (856) 222-2913
　　　Facsimile: (856) 222-2912

**-and-**

**BURKE & HESS**

By: */s/ Michael D. Hess*
　　　Michael D. Hess
　　　951 Rohrerstown Road, Suite 102
　　　Lancaster, Pennsylvania 17601
　　　Telephone: (717) 391-2911
　　　Facsimile: (717) 391-5808

*Attorneys for Plaintiffs and the Proposed Classes*