IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENNIS A. RHODES; GERALD A.                 :
BENDER; and, EDWARD H. WOLFERD,
JR., individually and on behalf of all others
similarly situated                          :
        Plaintiffs,

        v.                                  :
                              CIVIL NO. 09-1302
ROSEMARY DIAMOND; FRANCIS S.
HALLINAN; DANIEL G. SCHMIEG;                 :
LAWRENCE T. PHELAN; JUDITH T.
ROMANO; FRANCIS FEDERMAN;
THOMAS M. FEDERMAN; PHELAN                   :
HALLINAN & SCHMIEG, LLP;
FEDERMAN & PHELAN, LLP
        Defendants.                         :

**<u>ORDER</u>**

      AND NOW, this 14[h] day of July, 2010, upon consideration of Defendants' Motion to Dismiss (Doc.

No. 2), Plaintiffs' Opposition thereto (Doc. No. 3), Defendants' Reply (Doc. No. 5), Plaintiffs' Notice of

Consent Judgment and Order in the matter of *Federal Trade Commission v. Countrywide Home Loans, Inc.,*

No. 10-4193(C.D. Cal. June 7, 2010) (Doc. No. 12), and Defendants' Supplemental Memorandum of Law in

Response thereto (Doc. No. 14), it is hereby ORDERED and DECREED that Defendants' Motion is

GRANTED and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

      It is further ORDERED and DECREED that Plaintiffs' Motion for Leave to File Amended Complaint

(Doc. No. 8) is hereby DENIED AS MOOT.[1]

BY THE COURT:

<u>/s/  C. Darnell Jones,  II     J.</u>

---

    [1]  Subsequent to the conclusion of briefing regarding Defendants' Motion to Dismiss, Plaintiffs filed a
Motion for Leave to File Amended Complaint (Doc. No. 8) and Defendants filed an Opposition thereto (Doc. No.
9).  This Court has reviewed same and is of the opinion that in light of the reasons for granting Defendants'
Motion to Dismiss, amendment would be futile.