# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS A. RHODES, : | |
| GERALD A. BENDER and : | |
| EDWARD H. WOLFERD, JR., : | |
| individually and on behalf of all : | |
| others similarly situated, : | Civil Action No. 09-cv-01302-CDJ |
| : | |
| **Plaintiffs,** : | |
| : | |
| v.     : | JURY TRIAL DEMANDED |
| : | |
| ROSEMARY DIAMOND, FRANCIS S. : | |
| HALLINAN, DANIEL G. SCHMIEG, : | |
| LAWRENCE T. PHELAN, JUDITH T. : | |
| ROMANO, FRANCIS FEDERMAN, : | |
| THOMAS M. FEDERMAN, : | |
| PHELAN HALLINAN & SCHMIEG, LLP, : | |
| and FEDERMAN & PHELAN, LLP, : | |
| : | |
| **Defendants.** : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiffs respectfully move for leave to file their proposed Amended Complaint in the form attached here as Exhibit 1. In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law.

Dated: August 19, 2011                                     Respectfully submitted,

                                                     **BHN LAW FIRM**

                                       By:  /s/ John G. Narkin
                                             John G. Narkin
                                             Michael D. Hess
                                             951 Rohrerstown Road, Suite 102
                                             Lancaster, Pennsylvania 19601
                                             Telephone: (717) 756-0835
                                             www.bhn-law.com

                                             **Attorneys for Plaintiffs and**
                                             **Members of the Proposed Class**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of August 2011, a true and correct copy of Plaintiffs' Motion for Leave to File Amended Complaint and accompanying memorandum of law were served via the Court's ECF filing system and by U.S. First Class Mail upon counsel for Defendants, Daniel S. Bernheim 3d and Jonathan D. Bart, 1500 J.F.K. Boulevard, Suite 910, Philadelphia, Pennsylvania 19102.

                                  /s/ John G. Narkin
                                    John G. Narkin