# EXHIBIT B

**Complaint Against Plaintiff Wolferd, 12.15.04 (Complaint at ¶ 79)**

6. The following amounts are due on the mortgage:      04

| | |
|---|---|
| Principal Balance | $119,642.93 |
| Interest | 5,093.52 |
| 05/01/2004 through 12/14/2004 | |
| (Per Diem $22.34) | |
| Attorney's Fees | 1,250.00 |
| Cumulative Late Charges | 0.00 |
| 03/29/2001 to 12/14/2004 | |
| Cost of Suit and Title Search | $ 550.00 |
| Subtotal | $ 126,536.45 |
| Escrow | |
|   Credit | 0.00 |
|   Deficit | 209.52 |
| Subtotal | $   209.52 |
| **TOTAL** | $ 126,745.97 |

7. The attorney's fees set forth above are in conformity with the mortgage documents and Pennsylvania law, and will be collected in the event of a third party purchaser at Sheriff's Sale. If the Mortgage is reinstated prior to the Sale, reasonable attorney's fees will be charged.

8. This action does not come under Act 6 of 1974 because the original mortgage amount exceeds $50,000.

9. This action does not come under Act 91 of 1983 because the mortgage is FHA-insured.

WHEREFORE, PLAINTIFF demands an in rem Judgment against the Defendant(s) in the sum of $ 126,745.97, together with interest from 12/14/2004 at the rate of $22.34 per diem to the date of Judgment, and other costs and charges collectible under the mortgage and for the foreclosure and sale of the mortgaged property.

PHELAN HALLINNAN & SCHMIEG

By: /s/Francis S. Hallinan

LAWRENCE T. PHELAN, ESQUIRE
FRANCIS S. HALLINAN, ESQUIRE
Attorneys for Plaintiff

File #: 108563

**Cover Sheet for Action Against Plaintiff Wolferd, 12.15.04 (Complaint at ¶ 79)**

LANCASTER COUNTY

04-11635

OFFICE OF THE PROTHONOTARY     COURT OF COMMON PLEAS - CIVIL

## CIVIL COVER SHEET

NAME, ADDRESS AND TELEPHONE NUMBER OF PLAINTIFF'S ATTORNEY:

FRANCIS S. HALLINAN, ESQUIRE
SUITE 1400, ONE PENN CENTER
PHILADELPHIA, PA. 191023
(215) 563-7000

ATTORNEY'S SIGNATURE: *Francis S Hallinan*
IDENTIFICATION #: 62695

### IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY

Court Administration Office

**SCHEDULING INFORMATION ONLY**

HEARING/CONFERENCE - LENGTH OF TIME (MIN/HRS):
SPECIAL INSTRUCTIONS: _____

File #: 108563

**Suggestion of Record Change in *Wolferd* Action, 7.8.09, Complaint at ¶ 87**

Phelan Hallinan & Schmieg, LLP
Lawrence T. Phelan, Esq., Id. No. 32227
Francis S. Hallinan, Esq., Id. No. 62695
Daniel G. Schmieg, Esq., Id. No. 62205
Michele M. Bradford, Esq., Id. No. 69849
Judith T. Romano, Esq., Id. No. 58745
Sheetal R. Shah-Jani, Esq., Id. No. 81760
Jenine R. Davey, Esq., Id. No. 87077
Lauren R. Tabas, Esq., Id. No. 93337
Vivek Srivastava, Esq., Id. No. 202331
Jay B. Jones, Esq., Id. No. 86657
Peter J. Mulcahy, Esq., Id. No. 61791
Andrew L. Spivack, Esq., Id. No. 84439
Jaime McGuinness, Esq., Id. No. 90134
Chrisovalante P. Fliakos, Esq., Id. No. 94620
Joshua I. Goldman, Esq., Id. No. 205047
Courtenay R. Dunn, Esq., Id. No. 206779
Andrew C. Bramblett, Esq. I.D. 208375
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000

ENTERED AND FILED
2009 JUL -8 AM 11: 42
PROTHONOTARY'S OFFICE
LANCASTER, PA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. S/B/M TO WELLS FARGO HOME MORTGAGE, INC. | : | LANCASTER COUNTY |
| | : | COURT OF COMMON PLEAS |
| vs. | : | CIVIL DIVISION |
| EDWARD H. WOLFRED, JR. | | No.CI-04-11635 |

**SUGGESTION OF RECORD CHANGE**
**RE: CORRECTION OF DEFENDANT'S NAME**

TO THE PROTHONOTARY:

I, the attorney for the Plaintiff, hereby certifies that, to the best of my knowledge, information and belief that the defendant's name was erroneously listed in the caption as:

EDWARD H. WOLFRED, JR.

Kindly change the information on the docket to read as follows:

EDWARD H. WOLFRED, JR. A/K/A EDWARD H. WOLFERD, JR.

DATE: 7/2/2009

PHELAN HALLINAN & SCHMIEG, LLP

By: _____
Lawrence T. Phelan, Esq., Id. No. 32227
Francis S. Hallinan, Esq., Id. No. 62695
Daniel G. Schmieg, Esq., Id. No. 62205
Michele M. Bradford, Esq., Id. No. 69849
Judith T. Romano, Esq., Id. No. 58745
Sheetal R. Shah-Jani, Esq., Id. No. 81760
Jenine R. Davey, Esq., Id. No. 87077
Lauren R. Tabas, Esq., Id. No. 93337
Vivek Srivastava, Esq., Id. No. 202331
Jay B. Jones, Esq., Id. No. 86657
Peter J. Mulcahy, Esq., Id. No. 61791
Andrew L. Spivack, Esq., Id. No. 84439
Jaime McGuinness, Esq., Id. No. 90134
Chrisovalante P. Fliakos, Esq., Id. No. 94620
Joshua I. Goldman, Esq., Id. No. 205047
Courtenay R. Dunn, Esq., Id. No. 206779
Andrew C. Bramblett, Esq. I.D. 208375
Attorneys for Plaintiff

**Complaint Against Plaintiff Rhodes, 9.7.11 (Complaint at ¶ 104)**

9. The mortgage premises are <u>vacant</u> and <u>abandoned</u>.

WHEREFORE, PLAINTIFF demands an <u>in rem</u> Judgment against the Defendant(s) in the sum of $35,154.47, together with interest from 09/14/2007 at the rate of $10.28 per diem to the date of Judgment, and other costs and charges collectible under the mortgage and for the foreclosure and sale of the mortgaged property.

PHELAN HALLINAN & SCHMIEG, LLP

By: ____/s/Francis S. Hallinan_____
LAWRENCE T. PHELAN, ESQUIRE
DANIEL G. SCHMIEG, ESQUIRE
FRANCIS S. HALLINAN, ESQUIRE
Attorneys for Plaintiff

File #: 162024

## Purported "Assignment" of Rhodes' Mortgage, 11.17.07 (Complaint at ¶ 110)

REC BK05264-PG0840  
2007070935   11/29/2007 03 52 06 PM 1  
RCD FEE $29 50         PAGE 1 of 3

ASSIGNMENT OF MTG



BERKS COUNTY ROD  
ELLIE ANTOINE ROD

### ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that "Mortgage Electronic Registration Systems Inc" hereinafter "Assignor" the holder of the Mortgage hereinafter mentioned, for and in consideration of the sum of ONE DOLLAR ($1 00) lawful money unto it in hand paid by **Bank of New York as trustee for the Certificateholders of CWABS Inc Asset Backed Certficates Series 2005-05,** "Assignee" the receipt whereof is hereby acknowledged, does hereby grant, bargain ,sell, assign, transfer and set over unto the said Assignee, , its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by **Dennis A Rhodes** to **Mortgage Electronic Registration Systems Inc as a nominee for Countrywide Home Loans Inc,** bearing the date **04/14/05**, in the amount of **$32,300.00**, together with the Note and indebtedness therein mentioned, said Mortgage being recorded on **06/13/05** in the County of **Berks,** Commonwealth of Pennsylvania, in Mortgage Book 4600 Page 2434, .  
Being Known as Premises **1748 Cotton Street, Reading PA 19606**  
Parcel No **15-5316-32-47-7694**  
Also the Bond or Obligation in the said Indenture of Mortgage recited, and all Moneys, Principal and Interest, due and to grow due thereon, with the Warrant of Attorney to the said Obligation annexed  Together with all Rights, Remedies and incidents thereunto belonging  And all its Right, Title, Interest, Property, Claim and Demand, in and to the same

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises hereby granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit and behoof forever, subject, nevertheless, to the equity of redemption of said Mortgagor in the said Indenture of Mortgage named, and his/her/their heirs and assigns therein

IN WITNESS WHEREOF, the said "Assignor" has caused its Corporate Seal to be herein affixed and these presents to be duly executed by its proper officers this ___ day of _____, 20__

Mortgage Electronic Registration Systems Inc

By _____

Sealed and Delivered       Francis S Hallinan Esq ,Assistant Vice President & Secretary  
in the presence of us,           Attest _____

State of ___  
County of ___   ss

On this ___ day of _____, 20__ before me, the subscriber, personally appeared _____ Francis S Hallinan Esq _____, who acknowledged him/herself to be the Assistant Vice President & Secretary of **Mortgage Electronic Registration Systems Inc,** and that he/she, as such Assistant Vice President & Secretary, being authorized to do so, executed the foregoing instrument for the purposes therein contained

IN WITNESS WHEREOF, I hereunto set my hand and official seal

_____  
Notary Public

Stamp/Seal:

COMMONWEALTH OF PENNSYLVANIA  
NOTARIAL SEAL  
THOMAS P SFR..., Notary Public  
C... of ... County  
My Commission Expires February 4, 2010

The precise address of the       After recording return to:  
within named Assignee is        Phelan, Hallinan and Schmieg LLP  
**7105 Corporate Dr**            One Penn Center                         11/17/07-JHC  
**Plano TX 75024**               1617 J.F.K. Blvd., Ste.1400             Doc Request  
By _____              Philadelphia, PA 19103-1814              98826237  
(For Assignee)

## Purported "Assignment" of Victor Ukpe Mortgage (Complaint at ¶¶ 201-209)

06/16/2008 15:48 FAX 16098890559     JEREMY TRECHOCK     ☒003/003

I AGREE TO THE TERMS OF THIS ASSIGNMENT.

Witnessed or Attested by:

[signature]
Francis S Hallinan
Assistant Secretary and Vice President of
Mortgage Electronic Registration Systems Inc as a nominee for America's Wholesale Lender its successors and assigns

### NOTARY ACKNOWLEDGMENT

**CAPACITY CLAIMED BY SIGNER:** Assistant Secretary and Vice President

**OF** Mortgage Electronic Registration Systems Inc as a nominee for America's Wholesale Lender its successors and assigns

STATE OF Pennsylvania
COUNTY OF Philadelphia

On, 3/14/08, before me, Thos Str, a Notary Public, personally appeared Francis S Hallinan Assistant Secretary and Vice President, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in her authorized capacity and that by her signature on the instrument, the entity upon behalf of which the person acted executed the instrument.

WITNESS my hand and official seal.

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THOMAS P. STRAIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 4, 2010

Book12809   CFN#2008026598     Page 2 of 2

## Complaint Against Plaintiff Bender, 6.27.07 (Complaint at ¶¶ 120-121)

9. Notice of Intention to Foreclose as set forth in Act 6 of 1974, Notice of Homeowner's Emergency Assistance Program pursuant to Act 91 of 1983, as amended in 1998, and/or Notice of Default as required by the mortgage document, as applicable, have been sent to the Defendant(s) on the date(s) set forth thereon, and the temporary stay as provided by said notice has terminated because Defendant(s) has/have failed to meet with the Plaintiff or an authorized consumer credit counseling agency, or has/have been denied assistance by the Pennsylvania Housing Finance Agency.

10. This action does not come under Act 6 of 1974 because the original mortgage amount exceeds $50,000.

WHEREFORE, PLAINTIFF demands an in rem Judgment against the Defendant(s) in the sum of $78,017.75, together with interest from 06/22/2007 at the rate of $22.48 per diem to the date of Judgment, and other costs and charges collectible under the mortgage and for the foreclosure and sale of the mortgaged property.

PHELAN HALLINAN & SCHMIEG, LLP

By: /s/Francis S. Hallinan
LAWRENCE T. PHELAN, ESQUIRE
DANIEL G. SCHMIEG, ESQUIRE
FRANCIS S. HALLINAN, ESQUIRE
Attorneys for Plaintiff

File #: -156381

## "Verification" Attached to Bender Complaint, 6.22.07 (Complaint at ¶123)

VERIFICATION

FRANCIS S. HALLINAN, ESQUIRE hereby states that he is attorney for Plaintiff in this matter, that Plaintiff is outside the jurisdiction of the court and/or the verification could not be obtained within the time allowed for the filing of the pleading, that he is authorized to make this verification pursuant to Pa.R.C.P. 1024 (c), and that the statements made in the foregoing Civil Action in Mortgage Foreclosure are based upon information supplied by Plaintiff and are true and correct to the best of its knowledge, information and belief. Furthermore, counsel intends to substitute a verification from Plaintiff upon receipt.

The undersigned understands that this statement is made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsifications to authorities.

Francis S. Hallinan, Esquire
Attorney for Plaintiff

DATE: 6/22/07

**Affidavit Dated January 7, 2008 in *First Horizon Loan Corp. v. Texiera*, Docket No. 3:06-cv-00791-EMK (M.D.Pa.)**

I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information or belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. *4904, relating to sworn falsification to authorities.

January 7, 2008
Date

FRANCIS S. HALLINAN, ESQUIRE

**Affidavit Dated July 1, 2006 in *First Horizon Loan Corp. v. Texiera*, Docket No. 3:06-cv-00791-EMK (M.D.Pa.)**

PHELAN HALLINAN & SCHMIEG, LLP
by:
Francis S. Hallinan, Esquire
Attorney for Plaintiff

Sworn to and Subscribed
Before Me this 1st
day of July, 2006

Notary Public

NOTARIAL SEAL
NORA M. FERRER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 22, 200_

**Affidavit of Amount Due in *Federal Home Loan Mortgage Corp. v. Harroll*, Docket No. 4:04-cv-00363 (M.D.Pa.)**

FEDERMAN AND PHELAN

by: *[signature]*
Francis S. Hallinan, Esquire
Attorney for Plaintiff

**Notice of Dismissal Filed in *Wells Fargo Bank, N.A. v. Connor*, Docket No. 1:05-cv-02673-YK (M.D.Pa.)**

PHELAN HALLINAN & SCHMIEG, LLP

BY: *[signature]*
Francis S. Hallinan, Esquire
Attorney ID No. 62695
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19013
P: 215-563-7000

**Praecipe to Reissue Summons in *Mortgage Electronic Registration Systems, Inc. v. Vega*, Docket No. 3:04-cv-02571-RPC (M.D.Pa.)**

PHELAN, HALLINAN & SCHMIEG LLP

BY: *[signature]*
Francis S. Hallinan, Esquire
Attorney ID No. 62695
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1400
Philadelphia, PA 19013
P: 215-563-7000