### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS A. RHODES,** : | |
| **GERALD A. BENDER** and : | |
| **EDWARD H. WOLFERD, JR.,** : | |
| individually and on behalf of all : | |
| others similarly situated, : | Civil Action No. 09-cv-01302-CDJ |
| : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| **ROSEMARY DIAMOND, FRANCIS S.** : | |
| **HALLINAN, DANIEL G. SCHMIEG,** : | |
| **LAWRENCE T. PHELAN, JUDITH T.** : | |
| **ROMANO, FRANCIS FEDERMAN,** : | |
| **THOMAS M. FEDERMAN,** : | |
| **PHELAN HALLINAN & SCHMIEG, LLP,** : | |
| and **FEDERMAN & PHELAN, LLP,** : | |
| : | |
| **Defendants.** : | |

### ORDER

And Now this day of        , 2011 upon consideration of Plaintiffs' Motion Plaintiffs For Leave To File Amended Complaint, the arguments in support thereof and in opposition thereto, it is hereby ordered and decreed:

  A. Plaintiff's motion is granted;

  B. Plaintiffs are hereby granted leave to file and serve their Amended Complaint.

_____
C. Darnell Jones II, U.S.D.J.