IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD H. WOLFERD,
JR., individually and on behalf of all others
similarly situated                                  :
          Plaintiffs,

     v.                                               :
                                 CIVIL NO. 09-1302
LAWRENCE T. PHELAN;  FRANCIS S.
HALLINAN; DANIEL G. SCHMIEG;        :
PHELAN HALLINAN & SCHMIEG, LLP;
FULL SPECTRUM SERVICES, INC.; and
LAND TITLE SERVICES OF N.J., INC.
          Defendants.                          :


## **ORDER**


     AND NOW, this 14th day of November, 2013, upon consideration of Plaintiff's Revised

Amended Motion for Leave to Amend Complaint (Doc. No. 46) and all Responses and Replies

thereto, it is hereby ORDERED that said Motion is DENIED.


                                        BY THE COURT:


                                      /s/  C. Darnell Jones,  II    J.